IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
~~NORTHERN~~ DIVISION
Southern

UNITED STATES OF AMERICA,  *

    PLAINTIFF,  2007 SEP 27  P 2: 43  *  1:07 CV 863-mef

VS.  DEBRA P. HACKETT, CLK
    U.S. DISTRICT COURT  CASE NO. 1:03cr00219-MEF-VPM-1
    MIDDLE DISTRICT ALA  *

            *

KEVIN TURNER  *

    DEFENDANT.  *

## MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE
## BY A PERSON IN FEDERAL CUSTODY
## PURSUANT TO 28 U.S.C. 2255

1.  Name and location of Court which entered the Judgment of Conviction under attack:  United States District Court, Montgomery, Alabama.

2.  Date of Judgment of Conviction: August 26, 2005

3.  Length of Sentence: 360 Months

4.  Nature of Offense Involved: 18 U.S.C. §2251; 2252(A)

5.  What was your Plea?   Guilty

6.  Kind of Trial?  NA

7.  Did you testify at trial?    No

8.  Did you appeal from the Judgment of Conviction?    Yes

9.  If you did Appeal, answer the following:

    (a)  Name of Court - Eleventh Circuit Court of Appeals

    (b)  Result - Affirmed

    (c)  Date of Result - June 29, 2006

(d)  No Evidentiary Hearing.  N/A

10.  Other than a direct Appeal from the Judgment of Conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?  No

11.  If you answer to 10 was "yes", give the following information:

12.  State concisely every ground on which you claim that you are being held unlawfully.

**(a)  Ground One:** Movants 11(c)(1)(C) Plea was Enforceable; Movant Did Not Enter A Knowing and Voluntary Plea

**Supporting Facts:**

The facts are more fully set out in the supporting memorandum of law.

**(b)  Ground Two:**  Ineffective Assistance of Counsel

**Supporting Facts:**

The facts are more fully set out in the supporting memorandum of law.

**(c)  Ground Three:** Actual Innonence

**Supporting Facts:**

The facts are more fully set out in the supporting memorandum of law.

13.  If any of the grounds listed in 12(a) were previously presented, state briefly what grounds were not presented, and give your reasons for not presenting them.

14.  Do you have any petition or appeal now pending in any court as to the judgment under attack?    No

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a)  At preliminary hearing: James W. Parkman, Parkman, Adams & White, 505 North 20th Street, Suite 825, Birmingham, AL 35203

(b)  At arraignment and plea: Same

(c)  At trial: NA

(d) At Sentencing: Same

(e) On Appeal:  Susan G. James, Attorney at Law, 600 S. McDonough Street, Montgomery, Alabama 36104.

(f)  In any post-conviction proceedings.  Susan G. James, Attorney at Law, 600 S. McDonough Street, Montgomery, Alabama 36104.

(g) On appeal from any adverse ruling on a post-conviction proceeding: NA

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment in the same court and at approximately the same time?  Yes

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?    No

**WHEREFORE**, Movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

Respectfully submitted this _27th_ day of September 2007.

Susan G. James (ASB7956J64S)
Attorney for Turner

Susan G. James (JAM012)
Address of Counsel:
Law Office of
Susan G. James & Associates
600 S. McDonough St.

3

Montgomery, AL  36104
(334) 269-3330

## CERTIFICATE OF SERVICE

 I hereby certify that a true and complete copy of the foregoing was served
upon

 Susan Redmond
 Assistant United States Attorney
 P.O. Box 197
 Montgomery, Alabama, 36101

 this 27ᵗʰ day of September 2007.

 the above instrument was served via:
( ) personal service
( ) first class mail
( ) certified mail, return receipt requested
( ) facsimile
( ) overnight courier

of Counsel

AO 245B  (Rev. 06/05) Judgment in a Criminal Case
         Sheet 1

# UNITED STATES DISTRICT COURT

__MIDDLE__    District of    __ALABAMA__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| **KEVIN TURNER** | |

Case Number:    **1:03CR219-F**

USM Number:    **11290-002**

**James W. Parkman, III.**
Defendant's Attorney

## THE DEFENDANT:

X pleaded guilty to count(s)    __3, 4, 5, 6 and 7 on 5/14/2004__

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:2252(a)(1)(2) | Sexual Exploitation of Minors | 7/5/2000 | 3-6 |
| 18:2252(A) | Activities Re: Material Constituting/Containing Child Pornography | 7/5/2000 | 7 |

    The defendant is sentenced as provided in pages 2 through _____6_____ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

X Count(s)    __1 and 2__     ☐ is   X are   dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

__August 26, 2005__
Date of Imposition of Judgment

_(signature)_
Signature of Judge

__MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE__
Name and Title of Judge

__30 August 2005__
Date

AO 245B     (Rev. 06/05) Judgment in Criminal Case
            Sheet 2 — Imprisonment

| | Judgment — Page | 2 | of | 6 |
|---|---|---|---|---|

DEFENDANT:         **KEVIN TURNER**
CASE NUMBER:       **1:03CR219-F**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Three hundred sixty (360) months.  This term consists of 360 months on Counts 3,4,5 and 6 and 120 months on Count 7, all to be served concurrently.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment and Sex Offender Treatment is available.**

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐     at _____ ☐ a.m.  ☐ p.m.     on _____ .

☐     as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐     before 2 p.m. on _____ .

☐     as notified by the United States Marshal.

☐     as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___6___

DEFENDANT:        **KEVIN TURNER**
CASE NUMBER:    **1:03CR219-F**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

**Five (5) years. This terms consists of 5 years on Counts 3,4,5 and 6 and 3 years on count 7, all such terms to run
concurrently.**

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the
custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled
substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests
thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of
     future substance abuse.  (Check, if applicable.)

X   **The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.**

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer.  (Check, if applicable.)

X   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a
     student, as directed by the probation officer.  (Check, if applicable.)

☐   The defendant shall participate in an approved program for domestic violence.  (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the
Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions
on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of
     each month;

3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)   the defendant shall support his or her dependents and meet other family responsibilities;

5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other
     acceptable reasons;

6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any
     controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a
     felony, unless granted permission to do so by the probation officer;

10)   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any
     contraband observed in plain view of the probation officer;

11)   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the
     permission of the court; and

13)   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal
     record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the
     defendant's compliance with such notification requirement.

AO 245B     (Rev. 3/98) Judgment in a Criminal Case     Case 1:03-cr-00219-MEF-VPM     Document 88     Filed 08/30/2005     Page 4 of 6
Sheet 3C — Supervised Release

| | Judgment—Page _4_ of _6_ |
|---|---|

DEFENDANT:     **KEVIN TURNER**
CASE NUMBER:     **1:03CR219-F**

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall be subject to substance abuse testing/treatment. Defendant shall contribute to the cost of any treatment based on ability to pay and availability of third party payments.

The defendant shall attend and participate in mental health testing and/or treatment to include sex offender treatment as approved by the U.S. Probation Officer. The defendant shall abide by all policies and procedures of the sex offender program. During the course of the treatment, the defendant shall be subject to periodic and random polygraph and plethysmograph examinations administered by the sex offender contractor or their designee. Defendant shall contribute to the cost of any treatment (to include polygraph and plethysmograph testing) based on ability to pay and availability of third party payments. Any refusal to submit to such assessments or tests as scheduled is a violation of the conditions of supervised release.

The defendant shall waive his right of confidentiality in any records for mental health treatment imposed as a consequence of this judgment to allow the probation officer to review the defendant's course of treatment and progress with the treatment provider.

The defendant is not to have contact with children under the age of 18 unless approved by this Court. The defendant is not to loiter within 100 feet of school yards, parks, playgrounds, arcades, or other places primarily used by children under the age of 18.

The defendant shall have no contact with the victim (including letters, communication devices, audio or visual devices, visits, or any contact through a third party) without prior written permission of this Court.

The defendant shall not reside in any home or residence where a child under the age of 18 years lives, without prior approval of this Court. The defendant may change his residence only at the approval of his probation officer and the Court.

The defendant shall not be employed in any capacity (self or for others) which may cause the defendant to come into direct contact with children under the age of 18. The defendant shall not participate in any volunteer activities that may cause the defendant to come into direct contact with children under the age of 18.

The defendant shall not possess any sexually stimulating or sexually oriented material deemed inappropriate by his probation officer and or treatment staff, or patronize any place where such material or entertainment is available while on supervised release.

The defendant shall not possess or use a computer with access to any on-line computer service at any location (including employment) without the prior approval of this Court. This includes any internet service provider, bulletin board system, or any other public or private computer network. The defendant shall not possess or use any data encryption technique or program.

The defendant shall submit to the probation officer and/or probation service representative conducting periodic unannounced examinations of the defendant's computer equipment (including any computer(s) in the defendant's residence) which may include retrieval and copying of all data from the computer and any internal or external peripherals to ensure compliance with defendants conditions of supervision and/or removal of such equipment for the purpose of conducting a more thorough inspection, and allow at the direction of the probation officer installation on the defendant's computer, at the defendant's expense, any hardware or software systems to monitor the defendant's computer use while under supervised release.

The defendant shall consent to third party notification to any employer or potential employer by United States Probation Office.

The defendant shall provide the probation officer access to any requested financial information to verify there have been no payments to an internet server or entities that provide access to the internet.

The defendant shall submit to a search of his person, residence, office or vehicle pursuant to the search policy of this Court.

The defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, as directed by the probation officer.

The defendant shall not possess any type of camera or video recording device.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
            Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___5___ of ___6___

DEFENDANT:        **KEVIN TURNER**
CASE NUMBER:      **1:03CR219-F**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $  500.00 | $  0 | $  0 |

☐  The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
|  |  |  |  |
| **TOTALS** | $                 0 | $                 0 |  |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐  the interest requirement is waived for the    ☐  fine    ☐  restitution.

    ☐  the interest requirement for the    ☐  fine    ☐  restitution is modified as follows:

\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
     Sheet 6 — Schedule of Payments

Judgment — Page   6   of    6

DEFENDANT:     **KEVIN TURNER**
CASE NUMBER:    **1:03CR219-F**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**   X   Lump sum payment of $   **500.00**   due immediately, balance due

         ☐   not later than  _____ , or
         X   in accordance     ☐ C,   ☐ D,   ☐   E, or    X   F below; or

**B**   ☐   Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or    ☐ F below); or

**C**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
         _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D**   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
         _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
         term of supervision; or

**E**   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
         imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   X   Special instructions regarding the payment of criminal monetary penalties:

         **Criminal monetary payments shall be made payable to the Clerk, U.S. District Court, Middle District of Alabama, P.O.
         Box 711, Montgomery, AL 36101.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

     Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount,
     and corresponding payee, if appropriate.

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

X   The defendant shall forfeit the defendant's interest in the following property to the United States:
     **One AMB Central Processing Unit, on wheels with keyboard and mouse, containing two hard drives.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

27BD, CLOSED

# U.S. District Court
## Alabama Middle District (Dothan)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-00219-MEF-VPM-1
## Internal Use Only

Case title: USA v. Turner

Date Filed: 09/23/2003
Date Terminated: 08/30/2005

---

Assigned to: Hon. Chief Judge
Mark E. Fuller
Referred to: Honorable Vanzetta P.
McPherson

Appeals court case number:
'05-14897-D' 'USCA'

### Defendant

**Kevin W. Turner** (1)
*TERMINATED: 08/30/2005*

represented by **James W. Parkman, III**
Parkman, Adams & White, LLC
505 20th Street North
Suite 825
Birmingham, AL 35203
205-244-1920
Fax: 205-244-1171
Email: parkman@graceba.net
*TERMINATED: 10/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**John M. Poti**
696 Silver Hills Drive
Suite 107
Prattville, AL 36066
(334) 361-3535
Fax: 361-3955
Email: john@jmpoti.com
*TERMINATED: 11/08/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Richard Martin Adams**
Parkman, Adams & White, LLC

505 20th Street North
Suite 825
Birmingham, AL 35203
205-244-1920
Fax: 205-244-1171
Email: parkman@graceba.net
*TERMINATED: 10/05/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

18:2252(a)(1)(2) SEXUAL
EXPLOITATION OF MINORS -
NMT $250,000; [*]; NLT 5Y; NMT
30Y; B; G/L;VWPA; $100 SA
(3-6)

18:2252A ACTIVITIES RE
MATERIAL
CONSTITUTING/CONTAINING
CHILD PORNO - NMT 250,000; [*];
NLT 2Y; NMT 10Y; B; NMT 3Y
SUP REL; G/L; VWPA; $100 SA
(7)

## Disposition

360 Mos. Imp. on Cts 3,4,5 and 6
and 120 Mos. Imp. on Ct 7, all to
be Served CC; 5 Yrs Sup. Rel. on
Cts 3,4,5 and 6 and 3 Yrs on Ct 7,
all to Run CC; $500 SA

360 Mos. Imp. on Cts 3,4,5 and 6
and 120 Mos. Imp. on Ct 7, all to
be Served CC; 5 Yrs Sup. Rel. on
Cts 3,4,5 and 6 and 3 Yrs on Ct 7,
all to Run CC; $500 SA

## Highest Offense Level (Opening)

Felony

## Terminated Counts

18:2251(a) SEXUAL
EXPLOITATION OF CHILDREN -
NMT $250,000; [*]; NLT 15Y; NMT
30Y; B; NMT 5Y SUP REL; G/L;
VWPA; $100 SA
(1-2)

## Disposition

Dismissed by Motion of the
Government

## Highest Offense Level
(Terminated)

Felony

## Complaints

None

## Disposition

**Plaintiff**

**United States of America**                     represented by **John T. Harmon**
U.S. Attorneys Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 334-223-7560
Email: john.harmon@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan R. Redmond**
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197
334-223-7280
Fax: 223-7560
Email: susan.redmond@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/23/2003 | 1 | INDICTMENT as to Kevin W. Turner (1) count(s) 1-2, 3-6, 7 (ws) (Entered: 09/26/2003) |
| 09/23/2003 | | (Court only) **Added Government Attorney John T. Harmon, Susan R. Redmond as to Kevin W. Turner (ws) (Entered: 09/26/2003) |
| 09/23/2003 | | (Court only) **Added ip party Kevin W. Turner - 30 Leon Drive, Dothan, AL 36301 (ws) (Entered: 09/26/2003) |
| 09/23/2003 | | (Court only) **Added party US Marshals Service, Montgomery U.S. Probation, U.S. Pretrial, USA Financial Unit (ws) (Entered: 09/26/2003) |
| 09/23/2003 | | Magistrate Judge Vanzetta P. McPherson assigned to case for discovery matters as well as matters subsequently referred by District Judge . (ws) (Entered: 09/26/2003) |
| 09/23/2003 | | (ws) (Entered: 09/26/2003) |
| 09/26/2003 | 2 | Arrest WARRANT issued as to Kevin W. Turner (ws) (Entered: 09/26/2003) |
| 09/29/2003 | | ARREST of Kevin W. Turner (sql) (Entered: 09/30/2003) |
| 09/29/2003 | | Initial appearance as to Kevin W. Turner held before Mag. Judge Delores R. Boyd on 9/29/03 (Defendant informed of rights.) (sql) |

|  |  | (Entered: 09/30/2003) |
|---|---|---|
| 09/29/2003 | 3 | Courtroom Deputy's Minutes as to Kevin W. Turner of initial appearance.: (sql) (Entered: 09/30/2003) |
| 09/29/2003 | 4 | ORDER Setting Conditions of Release as to Kevin W. Turner Bond set to $25,000 non-surety for Kevin W. Turner. ( Signed by Mag. Judge Delores R. Boyd ) Copies mailed to: deft, Copies furnished to: usa, ptso, uspo, cdo, usm (sql) (Entered: 09/30/2003) |
| 09/29/2003 | 5 | BOND entered by Kevin W. Turner Bond set to $25,000 non-surety for Kevin W. Turner. (sql) (Entered: 09/30/2003) |
| 09/29/2003 |  | Deadline updated as to Kevin W. Turner, set Arraignment for at 10:00 10/8/03 for Kevin W. Turner for Courtroom 5A before Mag Judge Vanzetta P. McPherson in Courtroom 5A (sql) (Entered: 09/30/2003) |
| 09/29/2003 |  | (Court only) ***JS-2 First Appearance Code (jct, ) (Entered: 06/07/2004) |
| 09/30/2003 | 6 | Arrest WARRANT Returned Executed as to Kevin W. Turner on 9/29/03 (sql) (Entered: 09/30/2003) |
| 10/03/2003 | 7 | ARRAIGNMENT NOTICE as to Kevin W. Turner ; Arraignment at 10:00 10/8/03 for Kevin W. Turner at Courtroom 5A before Mag Judge Vanzetta P. McPherson ; ARRAIGNMENT Notice sent to ATTORNEY Susan R. Redmond for plaintiff USA; mailed to defendant; furnished to USM,PO,PTSO (dkt clerk) (Entered: 10/03/2003) |
| 10/06/2003 | 8 | NOTICE of Appearance for Kevin W. Turner by Attorney R. Martin Adams, James W. Parkman III (dkt clerk) (Entered: 10/06/2003) |
| 10/06/2003 | 9 | Notice to Retained Counsel as to defendant Kevin W. Turner sent to James W. Parkman III for defendant Kevin W. Turner, R. Martin Adams for defendant Kevin W. Turner (dkt clerk) (Entered: 10/06/2003) |
| 10/08/2003 |  | ARRAIGNMENT as to Kevin W. Turner held before Mag Judge Vanzetta P. McPherson on 10/8/03 Defendant(s) appeared with counsel and after having been advised of Defendant(s') rights, entered a plea of Not Guilty. (FTR: 10:27-10:29) (dmk) (Entered: 10/08/2003) |
| 10/08/2003 |  | PLEA of Not Guilty: Kevin W. Turner (1) count(s) 1-2, 3-6, 7 ; Court accepts plea. (dmk) (Entered: 10/08/2003) |
| 10/08/2003 | 10 | Courtroom Deputy's Minutes as to Kevin W. Turner : Arraignment held before Mag. Judge McPherson (FTR: 10:27-10:29) (dmk) (Entered: 10/08/2003) |

| 10/08/2003 | 11 | ORDER on Arraignment as to Kevin W. Turner; that the Probation Office prepare a preliminary sentencing guideline calculation and insure that counsel receive it not less than 3 days prior to the pretrial conference; directing that Discovery is due according to this court's Standing Order on Criminal Discovery (Attached) with government's disclosures to the defendant due by 12/8/03 and defendant's disclosures due by 10/10/03 for Kevin W. Turner Pretrial Motions due 2 days before the pretrial conference for Kevin W. Turner ; Pretrial set 10:00 11/12/03 for Kevin W. Turner in Courtroom 5A before Mag Judge Vanzetta P. McPherson Jury Trial set 12/8/03 for Kevin W. Turner in U.S. Courthouse before Unassigned Judge and government response to motions due 5 days prior to the date set for a hearing on the motion or, if no hearing is necessary, on or before 10 days after the date of the pretrial conference ( Signed by Judge Vanzetta P. McPherson ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM,HC,YG,DK (dkt clerk) (Entered: 10/08/2003) |
|---|---|---|
| 10/08/2003 | 12 | Marshal's process Receipt and return on service of notice of lis Pendens on Houston Co. Judge of Probate on 10/8/03 as to Kevin W. Turner. (dkt clerk) (Entered: 10/08/2003) |
| 11/10/2003 | 13 | MOTION by Kevin W. Turner to Extend Time to File Motion to Suppress [13-1] referred to Mag Judge Vanzetta P. McPherson (ws) (Entered: 11/10/2003) |
| 11/12/2003 | | Pre-trial conference as to Kevin W. Turner held before Mag Judge Vanzetta P. McPherson on 11/12/03 (FTR: 10:20-10:39) (dmk) (Entered: 11/14/2003) |
| 11/13/2003 | 14 | MOTION by Kevin W. Turner for Leave to File Motion to Suppress and Brief Out of Time [14-1] referred to Mag Judge Vanzetta P. McPherson (ws) (Entered: 11/13/2003) |
| 11/13/2003 | 15 | AFFIDAVIT of Attorney James Parkman as to Kevin W. Turner Re: [14-1] motion for Leave to File Motion to Suppress and Brief Out of Time (ws) (Entered: 11/13/2003) |
| 11/13/2003 | 16 | MOTION by Kevin W. Turner to Suppress [16-1] referred to Mag Judge Vanzetta P. McPherson (ws) (Entered: 11/13/2003) |
| 11/13/2003 | 17 | BREIF by Kevin W. Turner in support of [16-1] motion to Suppress referred to Mag. Judge McPherson (ws) (Entered: 11/13/2003) |
| 11/13/2003 | 18 | Courtroom Deputy's Minutes as to Kevin W. Turner : Pretrial conference held before Mag. Judge McPherson (FTR: 10:20-10:39) (dmk) (Entered: 11/14/2003) |
| 11/20/2003 | 19 | NOTICE of intent to change plea by Kevin W. Turner (dkt clerk) (Entered: 11/20/2003) |

| 11/20/2003 | 20 | ORDER of REFERENCE as to Kevin W. Turner to a U.S. Mag. Judge to conduct all of the proceedings required by Rule 11 incident to a guilty plea and to make a recommendation concerning acceptance of the guilty plea ( Signed by Judge Mark E. Fuller ) Copies mailed to: counsel, Copies furnished to: USA,PO,PTSO,USM,DK (dkt clerk) (Entered: 11/20/2003) |
| 11/21/2003 | 21 | ORDER as to Kevin W. Turner set Jury Selection for 12/8/03 for Kevin W. Turner at U.S. Courthouse before Judge Mark E. Fuller in Courtroom 2A , set Jury Trial on 12/8/03 for Kevin W. Turner before Judge Mark E. Fuller in Courtroom 2A , and is expected to last (1) day; There are currently no pending motions at the time by the court for filing motions has passed; set voir dire questions due on 12/1/03 for Kevin W. Turner ; All motions in limine shall be filed on or before 12/1/03 set proposed jury instructions due on 12/1/03 for Kevin W. Turner , The last day in which the Court will entertain a Plea Agreement is set for 12/3/03 for Kevin W. Turner at U.S. Courthouse. ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Counsel and Dft, Copies furnished to: USA,USPS,USPO,USMS,YG,HC,DK,WR (kcg) (Entered: 11/21/2003) |
| 11/21/2003 | 22 | ORDER as to Kevin W. Turner 1. set Change of Plea Hearing for 10:30 12/1/03 for Kevin W. Turner at Frank M. Johnson, Jr. U.S. Courthouse Complex, One Church Street, Montgomery, Alabama before Mag Judge Vanzetta P. McPherson in Courtroom 5A ; 2. set Plea Agreement deadline for 11/26/03 for Kevin W. Turner to Court in chamber at U.S. Courthouse ; 3. The Clerk is directed to provide a court reporter for this proceeding; and 4. this case is assigned to Judge Mark E. Fuller. ( Signed by Mag Judge Vanzetta McPherson ) Copies mailed to: Counsel, Dft, Copies furnished to: USA,USPS,USPO,USMS,YG,HC (kcg) (Entered: 11/21/2003) |
| 11/21/2003 |  | CASE assigned to Judge Mark E. Fuller (kcg) (Entered: 11/21/2003) |
| 11/21/2003 | 23 | ORDER as to Kevin W. Turner denying as moot [13-1] motion to Extend Time to File Motion to Suppress as to Kevin W. Turner (1)denying as moot [14-1] motion for Leave to File Motion to Suppress and Brief Out of Time as to Kevin W. Turner (1)denying as moot [16-1] motion to Suppress as to Kevin W. Turner (1) ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Counsel, Copies furnished to: USA,USPS,USPO,USMS (kcg) (Entered: 11/21/2003) |
| 12/01/2003 |  | Change of Plea Hearing as to Kevin W. Turner held before Mag Judge Vanzetta P. McPherson on 12/1/03 (Jimmy Dickens - Court Reporter) (dmk) (Entered: 12/01/2003) |

| 12/01/2003 | 24 | Consent to enter plea before U. S. Magistrate Judge executed by Kevin W. Turner (dmk) (Entered: 12/01/2003) |
| --- | --- | --- |
| 12/01/2003 | | PLEA of Guilty: Kevin W. Turner (1) count(s) 3-6, 7 ; Court accepts plea. (dmk) (Entered: 12/01/2003) |
| 12/01/2003 | 25 | Plea Agreement as to Kevin W. Turner (dmk) (Entered: 12/01/2003) |
| 12/01/2003 | 26 | Courtroom Deputy's Minutes as to Kevin W. Turner : Change of plea hearing held before U. S. Magistrate Judge McPherson (Jimmy Dickens - Court Reporter) (dmk) (Entered: 12/01/2003) |
| 12/01/2003 | 27 | REPORT AND RECOMMENDATION of Mag Judge Vanzetta P. McPherson as to Kevin W. Turner Re: Plea of Guilty, that it is the RECOMMENDATION of the Magistrate Judge that the plea of guilty to Counts 3-7 be accepted and that the dft be adjudged guilty and have sentence imposed accordingly. Further recommending that the plea is accepted and the dft is adjudicated guilty, all pending deadlines be terminated and that all pending motions be denied as moot. Objections due by 12/12/03 [27-1] report and recommendations Copies mailed to: Counsel, Copies furnished to: USA,USPS,USPO,USMS,DK (kcg) (Entered: 12/01/2003) |
| 12/01/2003 | 28 | ORDER as to Kevin W. Turner that the dft be released and continued under the same conditions imposed by the U.S. Mag. Judge on 9/29/03 pending sentencing. ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Counsel, Copies to: USA,USPS,USPO,USMS,DK [ORDER VACATED PER ORDER #37] (kcg) Modified on 03/03/2004 (Entered: 12/01/2003) |
| 12/01/2003 | | ** Renoticed document [27-1] report and recommendations Objections due by 12/12/03 [27-1] report and recommendations (kcg) (Entered: 12/01/2003) |
| 01/06/2004 | 29 | Acceptance of Plea of Guilty and Adjudication of Guilt as to Kevin W. Turner as to Counts 3-7 of the Indictment are now accepted and the Dft. is ADJUDGED GUILTY of such offenses; It is ORDERED that all pending deadlines applicable to this Dft. be terminated and that all pending motions applicable to this Dft. are hereby DENIED as MOOT. ( Signed by Judge Mark E. Fuller ) Copies mailed to: Counsel, Dft., Copies to: USA,USPS,USPO,USMS (kcg) (Entered: 01/06/2004) |
| 01/06/2004 | 30 | ORDER as to Kevin W. Turner setting Sentencing for 9:00 3/2/04 for Kevin W. Turner at Frank M. Johnson, Jr. U.S. Courthouse Complex, One Church Street, Montgomery, Al. before Judge Mark E. Fuller in Courtroom 2A ; that on or before February 9, 2004, counsel for the Dft and the Government shall communicate in writing to the probation officer, and to each other, any objections they have, etc.; That unless excused in |

| | | writing by the Chief U.S. Probation Officer of this district, counsel for the parties shall be available for a conference with the probation officer on February 11, 2004, at 1:00 p.m., to discuss and resolve, if possible, factual and legal issues contained in the presentence report, as further set out. ( Signed by Judge Mark E. Fuller ) Copies mailed to: Counsel, Dft., Copies furnished to: USA,USPS,USPO,USMS,YG, HC (kcg) (Entered: 01/06/2004) |
|---|---|---|
| 02/02/2004 | 31 | MOTION by USA as to Kevin W. Turner for a Preliminary Order of Forfeiture [31-1] referred to Judge Mark E. Fuller (kcg) (Entered: 02/03/2004) |
| 02/06/2004 | 32 | ORDER as to Kevin W. Turner granting [31-1] motion for a Preliminary Order of Forfeiture as to Kevin W. Turner (1), as further set out in order. ( Signed by Judge Mark E. Fuller ) Copies mailed to: Dft.,Counsel, Copies furnished to: USA,USPS,USPO,USMS (kcg) (Entered: 02/06/2004) |
| 02/26/2004 | | (kcg) (Entered: 02/26/2004) |
| 02/26/2004 | 33 | SENTENCING NOTICE as to Kevin W. Turner ; Sentencing set for 9:00 3/2/04 for Kevin W. Turner at U.S. Courthouse ; SENTENCING Notice sent to ATTORNEYS James W. Parkman III for defendant Kevin W. Turner, R. Martin Adams for defendant Kevin W. Turner, Susan R. Redmond for plaintiff USA, John T. Harmon for plaintiff USA, USA Financial Unit for interested party USA Financial Unit, U.S. Pretrial for interested party U.S. Pretrial, Montgomery U.S. Probation for interested party Montgomery U.S. Probation, US Marshals Service for interested party US Marshals Service, Kevin W. Turner for interested party Kevin W. Turner ; Copies furnished to: Dft.,Counsel (kcg) (Entered: 02/26/2004) |
| 03/01/2004 | 34 | MOTION by Kevin W. Turner to continue sentencing [34-1] referred to Judge Mark E. Fuller (kcg) (Entered: 03/01/2004) |
| 03/01/2004 | 35 | ORDER as to Kevin W. Turner granting [34-1] motion to continue sentencing as to Kevin W. Turner (1) resetting Sentencing for 9:00 5/24/04 for Kevin W. Turner at U.S. Courthouse before Judge Mark E. Fuller in Courtroom 2A ( Signed by Judge Mark E. Fuller ) Copies mailed to: Dft.,Counsel, Copies furnished to: USA,USPS,USPO,USMS,YG, HC [ORDER VACATED PER ORDER #40 OF 3/5/04] (kcg) Modified on 03/05/2004 (Entered: 03/01/2004) |
| 03/02/2004 | 36 | arrest WARRANT issued as to Kevin W. Turner (kcg) (Entered: 03/02/2004) |
| 03/03/2004 | 37 | ORDER as to Kevin W. Turner setting Hearing regarding release status for 2:00 3/4/04 for Kevin W. Turner at U.S. Courthouse before Judge Mark E. Fuller in Courtroom 2A . The dft and the government should be prepared to argue the dft's eligibility for |

| | | release as well as his conditions of release in the event the Court is persuaded of his eligibility. It is further ORDERED that the dft be detained pending the hearing. The U.S. Marshalls are DIRECTED to apprehend and detain the dft. The Order entered December 1, 2003 (Doc. #28) is hereby VACATED. ( Signed by Judge Mark E. Fuller ) Copies mailed to: Counsel, Copies furnished to: USA,USPS,USPO,USMS,YG,HC (kcg) (Entered: 03/03/2004) |
|---|---|---|
| 03/03/2004 | 38 | arrest WARRANT Returned Executed as to Kevin W. Turner on 3/3/04 (kcg) (Entered: 03/04/2004) |
| 03/03/2004 | | (Court only) ***Location start as to Kevin W. Turner (kcg, ) (Entered: 09/21/2004) |
| 03/04/2004 | | Status conference as to Kevin W. Turner regarding release held before Judge Mark E. Fuller on 3/4/04; Court Reporter Risa Entrekin (kcg) (Entered: 03/04/2004) |
| 03/04/2004 | 39 | Courtroom Deputy's Minutes of Status on Dfts. Release as to Kevin W. Turner: Court Reporter Risa Entrekin (kcg) (Entered: 03/04/2004) |
| 03/04/2004 | | MOTION in open court by Kevin W. Turner to Withdraw Plea of Guilty #25 [0-0] referred to Judge Mark E. Fuller (kcg) (Entered: 03/04/2004) |
| 03/04/2004 | | ORAL ORDER as to Kevin W. Turner granting [0-0] oral motion to Withdraw Plea of Guilty #25 Kevin W. Turner (1) count(s) 3-6, 7 as to Kevin W. Turner (1) ( Entered by Judge Mark E. Fuller ) (kcg) (Entered: 03/04/2004) |
| 03/05/2004 | 40 | ORDER as to Kevin W. Turner that the order dated March 1, 2004, setting a sentencing hearing is VACATED and that this case is referred back to the United States Magistrate Judge to conduct a pretrial conference. ( Signed by Judge Mark E. Fuller ) Copies mailed to: Dft.,Counsel, Copies furnished to: USA,USPS,USPO,USMS,YG,HC (kcg) (Entered: 03/05/2004) |
| 03/05/2004 | | (Court only) **Terminated sentencing deadlines as to Kevin W. Turner per Order #40. (kcg) (Entered: 03/05/2004) |
| 03/05/2004 | 41 | ORDER as to Kevin W. Turner setting Detention Hearing for 9:00 3/9/04 for Kevin W. Turner before Mag Judge Vanzetta P. McPherson in U.S. Courthouse, Courtroom 5A ; It is further ORDERED that the United States Marshall produce the defendant, KEVIN W. TURNER, for the hearing. ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Dft.,Counsel, Copies furnished to: USA,USPS,USPO,USMS,YG,HC (kcg) (Entered: 03/05/2004) |
| 03/09/2004 | | Detention hearing as to Kevin W. Turner held before Mag Judge Vanzetta P. McPherson on 3/9/04 (FTR: 9:00-9:36) (dmk) |

| | | (Entered: 03/09/2004) |
|---|---|---|
| 03/09/2004 | 42 | Courtroom Deputy's Minutes as to Kevin W. Turner : Detention hearing held before Mag. Judge McPherson (9:00-9:36) (dmk) (Entered: 03/09/2004) |
| 03/09/2004 | 43 | MOTION by USA as to Kevin W. Turner for a Detention Hearing [43-1] referred to Mag Judge Vanzetta P. McPherson (kcg) (Entered: 03/09/2004) |
| 03/09/2004 | 44 | ORDER as to Kevin W. Turner that based upon evidence presented at the detention hearing today, it is ORDERED that the defendant be remanded to the custody of the United States Marshal pending his trial. ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Dft.,Counsel, Copies furnished to: USA,USPS,USPO,USMS,DK (kcg) (Entered: 03/09/2004) |
| 03/15/2004 | 45 | ORDER [rendered 3/12/04] as to Kevin W. Turner setting Pretrial Conference for 10:00 4/2/04 for Kevin W. Turner at U.S. Courthouse before Mag Judge Vanzetta P. McPherson in Courtroom 5A ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Dft.,Counsel, Copies furnished to: USA,USPS,USPO,USMS,YG,HC,DK (kcg) Modified on 03/15/2004 (Entered: 03/15/2004) |
| 03/15/2004 | 46 | NOTICE OF APPEAL of Conditions of Release by James W. Parkman as to Kevin W. Turner from the Magistrate Judge's Detention Order entered in this case on March 9, 2004. Copies mailed to James W. Parkman Furnished to USA, USPS, USPO. File referred to Judge Fuller. (ydw) Modified on 03/22/2004 (Entered: 03/18/2004) |
| 03/15/2004 | | ** Renoticed document [46-1] appeal (ydw) (Entered: 03/18/2004) |
| 03/15/2004 | | MOTION pursuant to 18 U.S.C. 3145(b) (re 46 Notice of Appeal - Conditions of Release, Construed as motion per order of 4/16/04) by Kevin W. Turner. (ydw, ) (Entered: 04/19/2004) |
| 03/24/2004 | 47 | ORDER as to Kevin W. Turner denying as moot[43-1] motion for a Detention Hearing as to Kevin W. Turner (1) ( Signed by Mag Judge Vanzetta P. McPherson ) Copies mailed to: Counsel, Deft, Copies furnished to: USA, USM, USPOM, USPTS, KG, DK (ws) (Entered: 03/24/2004) |
| 03/29/2004 | 48 | ORDER as to Kevin W. Turner that on March 15, 2004, a notice of his intent to appeal the Order entered by the Mag. Judge on 3/9/04, remanding Kevin Turner to the custody of the U.S.Marshal pending his trial. No grounds for the appeal are stated in the notice of a ppeal filed by Kevin Turner's counsel. Accordingly, it is ORDERED as follows: 1. Counsel for Kevin Turner is DIRECTED to submit all materials in support of his appeal no later than April 6, 2004. 2. The United States of |

|  |  | America is DIRECTED to file it responsive submissions not later than April 16, 2004; ( Signed by Judge Mark E. Fuller ) Copies mailed to: counsel, Copies furnished to: USA, US Marshall (ydw) (Entered: 03/30/2004) |
|---|---|---|
| 04/02/2004 |  | Pre-trial conference as to Kevin W. Turner held before Mag Judge Vanzetta P. McPherson on 4/2/04 [FTR: 10:56 - 11:00 am] (sql) (Entered: 04/02/2004) |
| 04/02/2004 | 49 | Courtroom Deputy's Minutes as to Kevin W. Turner of pre-trial conference.: (sql) (Entered: 04/02/2004) |
| 04/08/2004 | 50 | MOTION for Release from Custody by United States of America as to Kevin W. Turner. (Redmond, Susan) (Entered: 04/08/2004) |
| 04/08/2004 | 51 | ORDER granting 50 Motion for Release from Custody as to Kevin W. Turner (1) to Agent Faulkner or Clardy so that agents can take such prisoner into custody without the necessity of the presence of a Dep. U.S. Marshal. It is further ordered that Agents return said prisoner into the custody of the U.S. Marshals Service when they have finished with him. Signed by Judge Vanzetta P. McPherson on 4/8/04. (kcg, ) (Entered: 04/08/2004) |
| 04/15/2004 | 53 | Process Receipt and Return as to Kevin W. Turner on 4/15/04. (kcg, ) (Entered: 04/22/2004) |
| 04/19/2004 | 52 | ORDER construing the defendant Notice of Appeal (Doc. # 46) appealing the Magistrate Judge's Detention Order entered on March 9, 2004 as Motion pursuant to 18 U.S.C. 3145(b). The Notice failed to state any grounds for the appeal. Accordingly, on March 29, 2004 this Court directed the dft. to submit all materials in support of his appeal no later than April 6, 2004. To date the dft. has failed to provide any grounds for his appeal or submit any materials to the Court Therefore, the Notice of Appeal (Doc.#46), which the Court construes as a motion pursuant to 18U S.C. 3145(b) is DENIED. Signed by Judge Mark E. Fuller on 4/16/04. (ydw, ) (Entered: 04/19/2004) |
| 04/19/2004 |  | (Court only) ***Appeal Terminated as to Kevin W. Turner re 46 Notice of Appeal - Conditions of Release, (ydw, ) (Entered: 04/19/2004) |
| 04/26/2004 | 54 | PRETRIAL CONFERENCE ORDER as to Kevin W. Turner Jury Trial set for 6/2/2004 before Honorable Mark E. Fuller. Jury Selection set for 6/2/2004 before Honorable Mark E. Fuller. A second Pretrial Conference is set for 5/10/2004 10:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. Pending before the court is a Motion to Suppress. Voir Dire due by 5/26/2004. Proposed Jury Instructions due by 5/26/2004. Motions in Limine due by 5/26/2004. Plea Agreement due by 5/24/2004. Signed by Judge Vanzetta P. McPherson on 4/26/04. (kcg, ) (Entered: 04/26/2004) |

| 05/03/2004 | 55 | NOTICE of Intent to Change Plea by Kevin W. Turner. (kcg, ) (Entered: 05/03/2004) |
|---|---|---|
| 05/03/2004 | 56 | ORDER OF REFERENCE as to Kevin W. Turner that the court has been informed that the defendant in the above styled case wishes to enter a guilty plea and consents to having the guilty plea proceedings conducted by a United States Magistrate Judge. It is hereby ORDERED that the above-captioned criminal case be referred to a United States Magistrate Judge to conduct all of the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to a guilty plea and to make a recommendation concerning acceptance of the guilty plea. Signed by Judge Mark E. Fuller on 5/3/04. (kcg, ) (Entered: 05/03/2004) |
| 05/04/2004 | 57 | ORDER as to Kevin W. Turner that this case be set for a Consent Docket for 5/24/2004 09:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. The Clerk is directed to provide a court reporter for this proceeding. Signed by Judge Vanzetta P. McPherson on 5/4/04. (kcg, ) (Entered: 05/04/2004) |
| 05/12/2004 | 58 | ORDER as to Kevin W. Turner Change of Plea Hearing is re-set for 5/14/2004 09:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. The Clerk is directed to provide a court reporter for this proceeding. Signed by Judge Vanzetta P. McPherson on 5/12/04. (kcg, ) (Entered: 05/12/2004) |
| 05/14/2004 | 59 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Kevin W. Turner (sql, ) (Entered: 05/14/2004) |
| 05/14/2004 | 60 | PLEA AGREEMENT as to Kevin W. Turner (sql, ) (Entered: 05/14/2004) |
| 05/14/2004 | 61 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Change of Plea Hearing as to Kevin W. Turner held on 5/14/2004, Plea entered by Kevin W. Turner (1) Guilty Count 3-6,7. (Court Reporter Jimmy Dickens.) (sql, ) (Entered: 05/14/2004) |
| 05/14/2004 | 62 | REPORT AND RECOMMENDATIONS CONCERNING PLEA OF GUILTY as to Kevin W. Turner Objections to R&R due by 5/27/2004. Signed by Judge Vanzetta P. McPherson on 5/14/04. (kcg, ) (Entered: 05/14/2004) |
| 05/17/2004 | 63 | ORDER as to Kevin W. Turner Sentencing is set for 8/16/2004 09:00 AM in Courtroom 2A before Honorable Mark E. Fuller. That on or before July 26, 2004, counsel for the defendant and the Government shall communicate in writing to the probation officer and to each other any objections, etc. That unless excused in writing by the Chief U.S. Probation Officer of this district, counsel for the parties shall be available for a conference with the probation officer on July 28, 2004, at 10:00 |

| | | a.m. to discuss and resolve, if possible, factual and legal issues contained in the presentence report, as further set out. Signed by Judge Mark E. Fuller on 5/17/04. (kcg, ) (Entered: 05/17/2004) |
|---|---|---|
| 06/07/2004 | 64 | ORDER Accepting Guilty Plea and Adjudication of Guilt as to Kevin W. Turner . Signed by Judge Mark E. Fuller on 6/7/04. (kcg, ) (Entered: 06/07/2004) |
| 06/22/2004 | | TRANSCRIPT of Change of Plea Hearing as to Kevin W. Turner held on 5/14/04 before Judge Vanzetta Penn McPherson. Court Reporter: Jimmy Dickens. (kcg, ) (Entered: 06/23/2004) |
| 06/25/2004 | 65 | ORDER as to Kevin W. Turner Sentencing is continued from 8/16/04 to 8/31/2004 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 6/25/04. (kcg, ) (Entered: 06/25/2004) |
| 08/03/2004 | | (Court only) Terminate Deadlines as to Kevin W. Turner : 62 REPORT AND RECOMMENDATIONS as to Kevin W. Turner. (kcg, ) (Entered: 08/03/2004) |
| 08/16/2004 | 66 | ORDER as to Kevin W. Turner directing that on or before August 23, 2004, the defendant shall file in writing any objection to the PSR that is predicated on Blakely and will be raised at sentencing, as outlined in order. The defendant is advised that failure to file a written objection by the date specified will be viewed by the court as an indication that the defendant has no unresolved Blakely objection that will require a ruling from the court at sentencing. Signed Chief Judge Mark E. Fuller. (snc) (Entered: 08/16/2004) |
| 08/17/2004 | 67 | SENTENCING MEMORANDUM by Kevin W. Turner (Parkman, James) (Entered: 08/17/2004) |
| 08/17/2004 | 68 | SENTENCING MEMORANDUM by Kevin W. Turner (Parkman, James) (Entered: 08/17/2004) |
| 08/25/2004 | 69 | ORDER as to Kevin W. Turner continuing the sentencing hearing set for 8/31/04 until further order of the court . Signed by Judge Mark E. Fuller on 8/25/04. (snc) (Entered: 08/25/2004) |
| 01/19/2005 | 70 | Process Receipt and Return of Preliminary Order of Forfeiture as to Kevin W. Turner on 1/7/05 regarding One Memorex Power Center, Serial Number 336296. (kcg, ) (Entered: 01/21/2005) |
| 01/19/2005 | 72 | Process Receipt and Return of Preliminary Order of Forfeiture as to Kevin W. Turner on 1/7/05 regarding One Fujitsu hard drive, model MPD3108AT, S/N 05019078. (kcg, ) (Entered: 01/21/2005) |
| 01/21/2005 | 71 | Process Receipt and Return of Preliminary Order of Forfeiture as to Kevin W. Turner on 1/7/05 regarding One Fujitsu hard drive, |

| | | model MPD310AT, S/N OX492800034. (kcg, ) (Entered: 01/21/2005) |
|---|---|---|
| 01/21/2005 | ●73 | MOTION for Forfeiture of Property *(Motion for Corrected Preliminary Order of Forfeiture)* by United States of America as to Kevin W. Turner. (Harmon, John) (Entered: 01/21/2005) |
| 01/25/2005 | ●74 | CORRECTED PRELIMINARY ORDER OF FORFEITURE regarding 73 Motion for Forfeiture of Property as to Kevin W. Turner (1). Signed by Judge Mark E. Fuller on 1/25/05. (kcg, ) (Entered: 01/25/2005) |
| 01/31/2005 | ●75 | ORDER as to Kevin W. Turner : Sentencing set for 6/14/2005 at 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 1/31/05. (ws) (Entered: 01/31/2005) |
| 06/06/2005 | ●76 | MOTION to Continue *Sentencing* by Kevin W. Turner. (Parkman, James) (Entered: 06/06/2005) |
| 06/07/2005 | ●77 | ORDER as to Kevin W. Turner GRANTING 76 MOTION to Continue *Sentencing* filed by Kevin W. Turner. Sentencing is continued from 6/14/2005 to 7/7/2005 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 6/7/05. (kcg, ) (Entered: 06/07/2005) |
| 06/23/2005 | ●78 | MOTION to Continue by Kevin W. Turner. (Parkman, James) (Entered: 06/23/2005) |
| 06/24/2005 | ●79 | ORDER as to Kevin W. Turner GRANTING 78 MOTION to Continue Sentencing filed by Kevin W. Turner. Sentencing set in this case for 7/7/2005 is continued to 8/11/2005 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 6/24/05. (kcg, ) (Entered: 06/24/2005) |
| 08/10/2005 | ●80 | Final MOTION for Forfeiture of Property *(Motion for Final Order of Forfeiture)* by United States of America as to Kevin W. Turner. (Attachments: # 1 Text of Proposed Order)(Harmon, John) (Entered: 08/10/2005) |
| 08/10/2005 | ●81 | MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility by United States of America as to Kevin W. Turner. (Redmond, Susan) (Entered: 08/10/2005) |
| 08/11/2005 | ●82 | Minute Entry for proceedings held before Judge Mark E. Fuller :Status Conference as to Kevin W. Turner held on 8/11/2005 regarding sentencing (Court Reporter James R. Dickens.) (kcg, ) (Entered: 08/11/2005) |
| 08/18/2005 | ●83 | ORDER as to Kevin W. Turner Sentencing is continued from 8/11/2005 to 8/26/2005 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on |

| | | 8/18/05. (kcg, ) (Entered: 08/18/2005) |
|---|---|---|
| 08/26/2005 | ⊙84 | Minute Entry for proceedings held before Judge Mark E. Fuller :Sentencing held on 8/26/2005 as to Kevin W. Turner (1), Count(s) 1-2, Dismissed by Motion of the Government; Count(s) 3-6, 7, 360 Mos. Imp. on Cts 3,4,5 and 6 and 120 Mos. Imp. on Ct 7, all to be Served CC; 5 Yrs Sup. Rel. on Cts 3,4,5 and 6 and 3 Yrs on Ct 7, all to Run CC; $500 SA. (Court Reporter James R. Dickens.) (Attachments: # 1 Defendant Exhibit List) [exhibit maintained in separate binder with court file] (kcg, ) (Entered: 08/26/2005) |
| 08/26/2005 | ⊙ | ORAL ORDER as to Kevin W. Turner GRANTING 81 MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility filed by United States of America. Signed by Judge Mark E. Fuller on 8/26/05. (kcg, ) (Entered: 08/26/2005) |
| 08/26/2005 | ⊙ | ORAL MOTION for Downward Departure from the Court's Upward Departure by Kevin W. Turner. (kcg, ) (Entered: 08/26/2005) |
| 08/26/2005 | ⊙ | ORAL ORDER as to Kevin W. Turner DENYING ORAL MOTION for Downward Departure from the Court's Upward Departure filed by Kevin W. Turner . Signed by Judge Mark E. Fuller on 8/26/05. (kcg, ) (Entered: 08/26/2005) |
| 08/26/2005 | ⊙ | ORAL ORDER as to Kevin W. Turner GRANTING 80 Final MOTION for Forfeiture of Property *(Motion for Final Order of Forfeiture)* filed by United States of America. Signed by Judge Mark E. Fuller on 8/26/05. (kcg, ) (Entered: 08/26/2005) |
| 08/26/2005 | ⊙ | ORAL MOTION to Dismiss Counts 1 and 2 of the Indictment by United States of America as to Kevin W. Turner. (kcg, ) (Entered: 08/26/2005) |
| 08/26/2005 | ⊙ | ORAL ORDER as to Kevin W. Turner GRANTING ORAL MOTION to Dismiss Counts 1 and 2 of the Indictment filed by United States of America . Signed by Judge Mark E. Fuller on 8/26/05. (kcg, ) (Entered: 08/26/2005) |
| 08/26/2005 | ⊙85 | FINAL ORDER OF FORFEITURE as to Kevin W. Turner. NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the following property is hereby forfeited to the United States pursuant to Title 21, U.S.C., Section 2253: One AMB Central Processing Unit, on wheels with keyboard and mouse, containing two hard drives, more fully identified as further set out in order. Further ORDERING that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United states, and shall be disposed of according to law; and, that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and, it is further ORDERED that the |

|            |      |                                                                                                                                                                                                                                                                                  |
|------------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | Clerk of the Court shall note entry of this Order in writing on the Judgment in a Criminal Case and forward two certified copies of this Order to the United States Attorney's Office . Signed by Judge Mark E. Fuller on 8/26/05. (kcg, ) (Entered: 08/26/2005)                     |
| 08/29/2005 | 86   | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Kevin W. Turner (kcg, ) (Entered: 08/29/2005)                                                                                                                                                                                      |
| 08/30/2005 | 87   | MOTION to Appoint Counsel *for Appeal* by Kevin W. Turner. (Parkman, James) (Entered: 08/30/2005)                                                                                                                                                                                  |
| 08/30/2005 | 88   | JUDGMENT as to Kevin W. Turner (1), Count(s) 1-2, Dismissed by Motion of the Government; Count(s) 3-6, 7, 360 Mos. Imp. on Cts 3,4,5 and 6 and 120 Mos. Imp. on Ct 7, all to be Served CC; 5 Yrs Sup. Rel. on Cts 3,4,5 and 6 and 3 Yrs on Ct 7, all to Run CC; $500 SA . Signed by Judge Mark E. Fuller on 8/30/05. (kcg, ) (Entered: 08/30/2005) |
| 08/30/2005 |      | (Court only) ***Case Terminated as to Kevin W. Turner (kcg, ) (Entered: 08/30/2005)                                                                                                                                                                                                |
| 08/31/2005 | 89   | NOTICE OF APPEAL by Kevin W. Turner to the United States Court of Appeal Eleventh Circuit from 88 Judgment, and the failure of trial court ot grant a downward departure re Oral Order, Terminate Motions. Copies mailed (ydw, ) (Entered: 08/31/2005)                              |
| 08/31/2005 |      | USCA Appeal Fees received $ 255.00, receipt number 107523 as to Kevin W. Turner re 89 Notice of Appeal - Final Judgment: (ydw, ) (Entered: 08/31/2005)                                                                                                                              |
| 08/31/2005 |      | Transmission of Notice of Appeal and Certified copy Docket Sheet and Order as to Kevin W. Turner to US Court of Appeals re 89 Notice of Appeal - Final Judgment (ydw, ) (Entered: 08/31/2005)                                                                                       |
| 09/06/2005 | 90   | CJA 23 Financial Affidavit by Kevin W. Turner (ydw, ) (Entered: 09/06/2005)                                                                                                                                                                                                        |
| 09/13/2005 | 91   | Received TRANSCRIPT REQUEST Sheet re 89 Notice of Appeal - Final Judgment from James W. Parkman counsel for Kevin W. Turner with following notation: "I Am Ordering a Transcript of the Following Proceedings: Sentencing proceedings held on 8/26/05 before Judge Mark E. Fuller, Jimmy Dickens C/R. Copies to Court Reporter (ydw, ) (Entered: 09/19/2005) |
| 09/15/2005 |      | USCA Case Number as to Kevin W. Turner 05-14897-D for 89 Notice of Appeal - Final Judgment filed by Kevin W. Turner. (ydw, ) (Entered: 09/20/2005)                                                                                                                                  |
| 09/20/2005 | 92   | Process Receipt and Return as to Kevin W. Turner on 9/12/05 regarding Fujitsu hard drive model MPD3108AT, SN 05019078. (kcg, ) (Entered: 09/21/2005)                                                                                                                               |

| 09/20/2005 | 93 | Process Receipt and Return as to Kevin W. Turner on 9/12/05 regarding CTX computer monitor, SN 0X492800034. (kcg, ) (Entered: 09/21/2005) |
|---|---|---|
| 09/20/2005 | 94 | Process Receipt and Return as to Kevin W. Turner on 9/12/05 regarding Fujitsu hard drive, model MPD3108AT, SN 05019079. (kcg, ) (Entered: 09/21/2005) |
| 09/20/2005 | 95 | Process Receipt and Return as to Kevin W. Turner on 9/12/05 regarding Memorex power center, SN 336296. (kcg, ) (Entered: 09/21/2005) |
| 09/27/2005 | 96 | MOTION to Withdraw as Attorney by James W. Parkman, III. by Kevin W. Turner. (Parkman, James) (Entered: 09/27/2005) |
| 10/05/2005 |  | Attorney update in case as to Kevin W. Turner. Attorney John M. Poti for Kevin W. Turner added. (kcg, ) (Entered: 10/05/2005) |
| 10/05/2005 | 97 | ORDER granting 87 Motion to Appoint Counsel as to Kevin W. Turner (1); granting 96 Motion to Withdraw as Attorney by James W. Parkman as to Kevin W. Turner (1). John Poti is appointed as counsel for the defendant. Signed by Judge Mark E. Fuller on 10/5/05. (kcg, ) (Entered: 10/05/2005) |
| 10/05/2005 |  | Attorney update in case as to Kevin W. Turner. Attorney Richard Martin Adams and James W. Parkman, III terminated. (kcg, ) (Entered: 10/05/2005) |
| 10/06/2005 | 98 | CJA 20 as to Kevin W. Turner: Appointment of Attorney John M. Poti. . Signed by Judge Mark E. Fuller on 10/6/05. (kcg, ) (Entered: 10/06/2005) |
| 10/24/2005 |  | TRANSCRIPT re 89 Notice of Appeal - Final Judgment Court filed as to Kevin W. Turner for dates of 8/26/05 Sentencing Hearing before Judge Mark E. Fuller, Reporter: James Dickens. (ydw, ) (Entered: 10/24/2005) |
| 10/24/2005 | 99 | CJA 24 as to Kevin W. Turner: Authorization to Pay James R. Dickens $ 184.80 for Sentencing on 8/26/05 Transcript . Signed by Judge Mark E. Fuller on 10/24/05. (ydw, ) (Entered: 10/24/2005) |
| 10/31/2005 | 100 | NOTICE OF ATTORNEY APPEARANCE: Susan Graham James appearing for Kevin W. Turner (James, Susan) (Entered: 10/31/2005) |
| 10/31/2005 |  | Attorney update in case as to Kevin W. Turner. Attorney Susan Graham James added for Kevin W. Turner for purposes of appeal. (dmn) (No pdf attached, see Doc. 100 for pdf.) (Entered: 11/22/2005) |
| 11/03/2005 | 101 | MOTION to Withdraw as Attorney by John M. Poti. by Kevin W. Turner. (Poti, John) (Entered: 11/03/2005) |

| 11/08/2005 | 102 | ORDER granting 101 Motion to Withdraw as Attorney. John M. Poti withdrawn from case. as to Kevin W. Turner (1). Signed by Judge Mark E. Fuller on 11/8/05. (ydw, ) (Entered: 11/08/2005) |
| 11/21/2005 | 103 | ORDER entered by USCA on 11/17/2005 (certified copy) as to Kevin W. Turner re 05-14897-DD, 89 Notice of Appeal - Final Judgment: The motion to withdraw as appointed counsel for Appellant, filed by Attorney John M. Poti, is GRANTED. Retained attorney Susan James shall be substituted as counsel of record for Appellant. (dmn) (Entered: 11/29/2005) |
| 12/13/2005 | 104 | Judgment Returned Executed as to Kevin W. Turner on 12/5/05 and filed with the Court on 12/13/05. (kcg, ) (Entered: 12/14/2005) |
| 12/23/2005 | | TRANSCRIPT filed as to Kevin W. Turner for dates of 12/1/03Change of Plea Hearing held before Judge Vanzetta McPherson, re 89 Notice of Appeal - Final Judgment Court Reporter: James Dickens. (ydw, ) (Entered: 12/28/2005) |
| 12/27/2005 | | TRANSCRIPT of Proceedings as to Kevin W. Turner Status Conference held on 4/4/2004 before Judge Mark E. Fuller. Court Reporter: Risa Entrekin. (sql, ) Modified on 3/1/2006,to reflect the correct date for the Status Conference is 3/4/04 (ydw, ). (Entered: 12/28/2005) |
| 03/01/2006 | | Certificate of Readiness to US Court of Appeals re 05-14897-DD, 89 Notice of Appeal - Final Judgment (ydw, ) (Entered: 03/01/2006) |
| 03/15/2006 | | Request for Record on Appeal By USCA Eleventh Circuit re 05-14897-DD, 89 Notice of Appeal (ydw, ) (Entered: 03/16/2006) |
| 03/16/2006 | | Certified and Transmitted Record on Appeal as to Kevin W. Turner to US Court of Appeals re 05-14897-DD, 89 Notice of Appeal - Final Judgment (ydw, ) (Entered: 03/16/2006) |
| 03/20/2006 | | Acknowledgement of Receipt of Record on Appeal from USCA re 05-14897-DD, 89 Notice of Appeal - Final Judgment (ydw, ) (Entered: 03/27/2006) |
| 07/31/2006 | 105 | Per Curiam Opinion received from USCA Eleventh Circuit of Opinion Entered on 6/29/06; The district court did not err in enhancing Turner's sentence under U.S.S.G. 2G2.2(b)(2) or abuse its discretion by upwardly departing 8 levels under U.S.S.G. 5K2.0 and 5K2.8. Further, Turner's ultimate sentence is reasonable. AFFIRMED. (ydw, ) (Entered: 08/04/2006) |
| 07/31/2006 | 106 | JUDGMENT issued as MANDATE 7/28/06 of USCA (certified copy) as to Kevin W. Turner re 05-14897-DD, 89 Notice of Appeal - Final Judgment; AFFIRMING THE DISTRICT COURT'S DECISION. (ydw, ) (Entered: 08/04/2006) |

Case 1:07-cv-00663-MEF-WC    Document 113-3    Filed 09/27/2007    Page 19 of 19

| 07/31/2006 | ◔ | Appeal Record Returned as to Kevin W. Turner: 05-14897-DD, 89 Notice of Appeal - Final Judgment; PSI returned to USPO. (ydw, ) (Entered: 08/04/2006) |
| 01/16/2007 | ◔107 | Pro Se MOTION for Correctional Facility Recommendation by Kevin W. Turner. (kcg, ) (Entered: 01/17/2007) |
| 01/18/2007 | ◔108 | ORDER denying 107 Pro Se Motion for Correctional Facility Recommendation as to Kevin W. Turner (1). Signed by Judge Mark E. Fuller on 1/18/07. (kcg, ) (Entered: 01/18/2007) |
| 02/08/2007 | ◔ | Partial USCA Appeal Fees received $ 5.00, receipt number 113040 as to Kevin W. Turner re 89 Notice of Appeal - Final Judgment (ydw, ) (Entered: 02/08/2007) |