IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
~~NORTHERN~~ DIVISION
Southern

RECEIVED
2007 SEP 27  P 2: 43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| VS. | *  CASE NO. 1:03cr00219-MEF-VPM-1 |
| | 1:07CV863-MEF |
| KEVIN TURNER | * |
| DEFENDANT. | * |

**MOTION SEEKING LEAVE OF COURT TO SUPPLEMENT
MOVANT'S 28 U.S.C. §2255**

Comes now Kevin Turner by and through undersigned Counsel and files this his motion for leave to supplement his 28 U.S.C. §2255 motion and as grounds therefore would state as follows:

1. Mr. Turner's 28 U.S.C. §2255 petition is being filed contemporaneously with this motion.

2. Mr. Turner needs to supplement this petition with a sworn affidavits. Also, the motion must be supplemented once additional evidence is viewed which is under the control of the FBI.

3. Mr. Turner will seasonably supplement with the aforementioned items as soon as practicable.

4. Wherefore for the above stated reasons, Movant Turner moves this Court to grant leave to supplement his 28 U.S.C. §2255 with the above referenced items.

Respectfully submitted this 27th day of September 2007.

_____
Susan G. James (JAM012)

Address of Counsel:
Law Office of
Susan G. James & Associates
600 S. McDonough St.
Montgomery, AL 36104
(334) 269-3330

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing was served upon

Susan Redmond,
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101
this 27th day of September 2007.

the above instrument was served via:
( ) personal service
(✓) first class mail
( ) certified mail, return receipt requested
( ) facsimile
( ) overnight courier

....................................................