IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN W. TURNER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv863-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

For good cause shown, petitioner Kevin W. Turner's request to file Motion (Doc. No. 3) and Exhibit "B" (Doc. No. 3-2) to his 28 U.S.C. § 2255 motion under seal, is hereby GRANTED until further order of the court.

Done this 1st day of October, 2007.

/s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE