IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN TURNER ) | |
| ) | CV. NO. 1:07-CV-863-MEF |
| v. ) | CR. NO. 1:03-CR-219-MEF |
| ) | |
| UNITED STATES OF AMERICA ) | |

GOVERNMENT'S UNOPPOSED MOTION TO EXTEND TIME TO
RESPOND TO ORDER ISSUED SEPTEMBER 28, 2007

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama and, in response to the court order issued September 28, 2007, respectfully requests that the government be granted additional time to comply with the Court's Order.

The motion filed by the Petitioner sets out numerous grounds for ineffective assistance of counsel as well as claims involving violations of the United States Constitution. The Petitioner has filed a lengthy Memorandum of Law in support of his motion and, in order to fully address the issues that appear to have been raised by the Petitioner's motion, the government requires additional time to fully review the records in this case.

The undersigned Assistant United States Attorney has been unable, despite her best efforts, to complete an examination of the record in this case, research the applicable rules and laws, and fashion a response to the motion. Additionally, the undersigned will be in trial during the week of November 5, 2007, and will be unable to make significant progress on the government's response. Therefore, the government respectfully requests that the Court extend the time for filing for 30 days.

Counsel for the defendant, Susan James, has been contacted and has no opposition to the government's request for extension of time in this matter.

Respectfully submitted this 26th day of October, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY


        /s/  Susan R. Redmond
        SUSAN R. REDMOND
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, AL 36101-0197
        334.223.7280
        334.223.7138 fax
        susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KEVIN TURNER | ) | |
| | ) | CV. NO. 1:07-CV-863-MEF |
| v. | ) | CR. NO. 1:03-CR-219-MEF |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Susan James, Esquire.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/   Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
334.223.7280
334.223.7138 fax
susan.redmond@usdoj.gov