IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KEVIN TURNER | ) | |
| | ) | CV. NO. 1:07-CV-863-MEF |
| v. | ) | CR. NO. 1:03-CR-219-MEF |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

## MOTION TO UNSEAL OR IN THE ALTERNATIVE TO COMPEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and motions this Honorable Court and Defendant/Petitioner Kevin Turner to provide to the government copies of the exhibits filed with the Court under seal, and in support of said motion states as follows:

1.    The defendant, in case number 1:07-cv-00863 filed a petition pursuant to Title 28, United States Code, Section 2255, on or about September 27, 2007.

2.    The defendant appears to have submitted accompanying exhibits (A - D) with his petition.

3.    To date, the government has not received a copy of Exhibit B and has no indication as to what it may be or contain.

4.    It is necessary for the government to receive a copy of the exhibit in order to fully answer the petition as mandated by this Court's Order of September 28, 2007.

Wherefore, the United States requests that the Court grant this motion and require the petitioner or the Office of the Clerk for the United States District Court, Middle District of Alabama, to provide the government with a copy of Exhibit B in this cause, filed on September 27, 2007.

Respectfully submitted this 30th day of November, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7138
susan.redmond@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

KEVIN TURNER                     )
                                 )      CV. NO. 1:07-CV-863-MEF
        v.                       )      CR. NO. 1:03-CR-219-MEF
                                 )
UNITED STATES OF AMERICA         )

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 30, 2007, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

Susan G. James, Esquire.

Respectfully submitted,

s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7138
susan.redmond@usdoj.gov