IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| KEVIN TURNER | ) | |
| | ) | CV. NO. 1:07-CV-863-MEF |
| v. | ) | CR. NO. 1:03-CR-219-MEF |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

GOVERNMENT'S UNOPPOSED MOTION TO EXTEND TIME TO
RESPOND TO ORDER ISSUED OCTOBER 29, 2007

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama and, in response to the court order issued October 29, 2007, respectfully requests that the government be granted additional time to comply with the Court's Order.

The motion filed by the Petitioner sets out numerous grounds for ineffective assistance of counsel, as well as claims involving violations of the United States Constitution. The Petitioner has filed a lengthy Memorandum of Law and accompanying exhibits in support of his motion. The undersigned AUSA has not received a copy of Exhibit B (filed under seal with the Court) and, in order to fully address the issues that appear to have been raised by the Petitioner's motion, the government requires additional time to receive and fully review the records in this case.

The undersigned Assistant United States Attorney has been unable, despite her best efforts, to complete an examination of the record in this case, research the applicable rules and laws, and fashion a response to the motion. The government has filed an accompanying Motion to Unseal or, in the alternative, Motion to Provide a Copy of Sealed Documents to the United States, and would, therefore, respectfully request that the Court extend the time for filing for 30 days.

Counsel for the defendant, Susan James, has been contacted and has no opposition to the government's request for extension of time in this matter.

Respectfully submitted this 30th day of November, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/   Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
334.223.7280
334.223.7138 fax
susan.redmond@usdoj.gov

2

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

KEVIN TURNER                          )
                                      )      CV. NO. 1:07-CV-863-MEF
        v.                            )      CR. NO. 1:03-CR-219-MEF
                                      )
UNITED STATES OF AMERICA              )

<u>CERTIFICATE OF SERVICE</u>

        I hereby certify that on November 30, 2007, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Susan James, Esquire.

                                      LEURA G. CANARY
                                      UNITED STATES ATTORNEY


                                      /s/  Susan R. Redmond
                                      SUSAN R. REDMOND
                                      Assistant United States Attorney
                                      Post Office Box 197
                                      Montgomery, AL 36101-0197
                                      334.223.7280
                                      334.223.7138 fax
                                      susan.redmond@usdoj.gov