IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN TURNER ) | |
| ) | |
| vs. ) | CASE NO. 1:07cv863-MEF |
| ) | 1:03cr219-MEF |
| UNITED STATES OF AMERICA ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW the United States of America, Defendant in the above-captioned matter, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in accordance with the June 12, 2007, Order of the Court, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

☒    This party is a governmental entity, or

☒    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported:

Dated this the 10th day of December, 2007.

                                                    LEURA G. CANARY
                                                    UNITED STATES ATTORNEY

                                                    /s/ Susan R. Redmond
                                                    SUSAN R. REDMOND
                                                    Assistant United States Attorney
                                                    Post Office Box 197
                                                    Montgomery, Alabama 36101-0197
                                                    (334) 223-7280     (334) 223-7138 fax
                                                    susan.redmond@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN TURNER ) | |
| ) | |
| vs. ) | CASE NO. 1:07cv863-MEF |
| ) | 1:03cr219-MEF |
| UNITED STATES OF AMERICA ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2007, I attempted to electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Susan James, Esquire.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
(334) 223-7280
(334) 223-7138 fax
susan.redmond@usdoj.gov