IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

KEVIN TURNER                          )
                                      )      CV. NO. 1:07-CV-863-MEF
        v.                            )      CR. NO. 1:03-CR-219-MEF
                                      )
UNITED STATES OF AMERICA              )

GOVERNMENT'S MOTION TO EXTEND TIME TO
RESPOND TO ORDER ISSUED NOVEMBER 30, 2007

        Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama and, in response to the court order issued November

30, 2007, respectfully requests that the government be granted additional time to comply with the

Court's Order.

        This Court ordered, pursuant to Government's motion, that the Petitioner provide to

government counsel a copy of Exhibit B (Doc. 11) filed by the Petitioner under seal, within seven

(7) days of the Court's Order (Doc. 14) filed November 30, 2007.

        To date the government has not received a copy of Petitioner's Exhibit B and would, therefor,

request an extension of time to file its response.

        Additionally, the undersigned AUSA informs the Court that she will be out of state, on leave,

from 12/20/07 to 1/7/08 and unable to access the records/files necessary to complete the

government's response until after her return to the office on 1/7/08 and would, therefore, respectfully

request that the Court extend the time for filing for 30 days.

        Counsel for the defendant, Susan James, has not been contacted and the government is

unaware of what, if any position she takes to the government's request for extension of time in this

matter.

Respectfully submitted this 12th day of December, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/   Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, AL 36101-0197
334.223.7280
334.223.7138 fax
susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

KEVIN TURNER                    )
                                )
                                )       CV. NO. 1:07-CV-863-MEF
        v.                      )       CR. NO. 1:03-CR-219-MEF
                                )
UNITED STATES OF AMERICA        )

CERTIFICATE OF SERVICE

        I hereby certify that on December 30, 2007, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Susan James, Esquire.

                                LEURA G. CANARY
                                UNITED STATES ATTORNEY


                                /s/   Susan R. Redmond
                                SUSAN R. REDMOND
                                Assistant United States Attorney
                                Post Office Box 197
                                Montgomery, AL 36101-0197
                                334.223.7280
                                334.223.7138 fax
                                susan.redmond@usdoj.gov

3