IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN W. TURNER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv863-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the United States on December 12, 2007 (Doc. No. 17), and for good cause, it is

ORDERED that:

1. On or before December 19, 2007, Susan G. James, counsel for the petitioner, shall (a) show cause why she has failed to provide the government with a copy of Petitioner's Exhibit B (Doc. No. 3-2) in compliance with this court's order entered on November 30, 2007, and (b) provide the government with a copy of Exhibit B;

2. The motion for extension of time filed by the United States (Doc. No. 17) is GRANTED; and

3. The United States is GRANTED an extension from January 3, 2008, to and including February 4, 2008, to file a response to the petitioner's 28 U.S.C.§ 2255 motion in compliance with this court's order entered on November 30, 2007

Done this 12th day of December, 2007.

    /s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE.