IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| VS. | *   CASE NO. 1:07cv863-MEF |
| KEVIN TURNER, | * |
| DEFENDANT. | * |

### RESPONSE TO ORDER TO SHOW CAUSE

Comes now Kevin Turner by and through undersigned counsel and files this response to order to show cause and in support thereof states the following:

1. On November 30, 2007 this Court entered an order giving the undersigned seven days in which to furnish Exhibit B which was filed under seal with defendant's original 2255 motion.

2. Undersigned counsel was out of town with her youngest son on November 30, 2007 attending a high school rodeo in Baker, Florida. Counsel did not return to Montgomery until December 1, 2007 at 6:00 p.m..

3. Counsel began a week-long trial on December 2, 2007 in the Southern District of Alabama, *United States of America v. Hyatt*, Case No. 1:2006CR00260-WS, Southern District of Alabama.

4. The jury did not receive the case until 5:00 p.m., Friday, December 7, 2007. Counsel did not return to Montgomery until Sunday, December 9, 2007.

5. Counsel immediately returned to Mobile for the verdict on December 10, 2007.

6. Counsel was unaware that the Court had issued this order and its attendant deadline for response due to her being out of town and in trial.

7. Counsel apologizes for any inconvenience this may have caused the Court and the United States Government and submitted a copy of Exhibit B to the United States Attorney via hand delivery on December 17, 2007.

Respectfully submitted,

      s/Susan G. James
      SUSAN G. JAMES
      Attorney at Law
      600 South McDonough Street
      Montgomery, Alabama 36104
      Phone: (334) 269-3330
      Fax: (334) 834-0353
      E-mail: sgjamesandassoc@aol.com
      Bar No: ASB7956J64S

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101


Respectfully submitted,

      s/Susan G. James
      SUSAN G. JAMES
      Attorney at Law
      600 South McDonough Street
      Montgomery, Alabama 36104
      Phone: (334) 269-3330
      Fax: (334) 834-0353
      E-mail: sgjamesandassoc@aol.com
      Bar No: ASB7956J64S