IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| RESPONDENT, | * |
| VS. | * CASE NO. 1:07cv863-MEF |
| KEVIN TURNER, | * |
| PETITIONER. | * |

**MOTION FOR EXTEND TIME TO FILE THE REPLY**

Comes now Kevin Turner by and through undersigned counsel and files this his Motion requesting an extension of time in which to file the reply to the Government's response (Doc. 20) to his 28 U.S.C. §2255 and in support thereof states the following:

1. Turner filed a timely U.S.C. §2255 on September 27, 2007. The Government filed a response on February 4, 2008. This Court entered an order on February 5, 2008 (Doc. 21) giving Turner until February 26, 2008 to file a reply to the response filed by the Government in this case.

2. The undersigned has received voluminous information from Turner. Most recently, last week, requesting that the undersigned incorporate his material into the U.S.C. §2255 reply. Further, Turner has provided the undersigned an affidavit in support of his position which will be included as an exhibit to his reply.

3. The undersigned has been working diligently on trying to incorporate Turner's positions into the reply. The undersigned expected to complete this task over the weekend of February 23 and 24, 2008.

4. Counsel learned on Friday, February 22, 2008 that a murder trial in Lee County (*State of Alabama v. Andrew Johnson*, Case No. CC-2007-059), which was expected to be continued until the latter part of March, is number one on the trial docket. Obviously, Counsel has had to direct her attention to the final preparations for this important murder trial.

1

5. Wherefore, the undersigned respectfully requests that this Court allow an additional 14 days in which to file this reply.

6. The undersigned has contacted AUSA Susan Redmond regarding this extension of time and she had no objection.

Respectfully submitted,

>s/Susan G. James
>SUSAN G. JAMES
>Attorney at Law
>600 South McDonough Street
>Montgomery, Alabama 36104
>Phone: (334) 269-3330
>Fax: (334) 834-0353
>E-mail: sgjamesandassoc@aol.com
>Bar No: ASB7956J64S

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

>s/Susan G. James
>SUSAN G. JAMES
>Attorney at Law
>600 South McDonough Street
>Montgomery, Alabama 36104
>Phone: (334) 269-3330
>Fax: (334) 834-0353
>E-mail: sgjamesandassoc@aol.com
>Bar No: ASB7956J64S