IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN W. TURNER, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 1:07cv863-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by Petitioner on February 25, 2008, (Doc. No. 22), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that Petitioner be GRANTED an extension from February 26, 2008, to and including March 11, 2008, to file a reply to the government's response to Petitioner's 28 U.S.C. § 2255 motion in compliance with this court's order entered on February 2, 2008.

Done this 26th day of February, 2008.

      /s/Wallace Capel, Jr.
      WALLACE CAPEL, JR.
      UNITED STATES MAGISTRATE JUDGE