IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEVIN TURNER, | * |
| | * |
|     PETITIONER, | * |
| | * |
| VS. | *   CASE NO. 1:07cv863-MEF |
| | * |
| UNITED STATES OF AMERICA, | * |
| | * |
|     RESPONDENT. | * |

**MOTION REQUESTING ADDITIONAL TIME FOR TURNER TO RESPOND**

    Comes now Susan G. James, habeas counsel for Kevin Turner and files this motion requesting that the Court allow Turner an additional 30 days in which to file a supplement to the response to the Government's response and in support thereof states the following:

    1. Counsel was retained to represent Turner on appeal and on a 28 U.S.C. §2255. Counsel represented Turner on appeal and has prepared a motion and memorandum of law and support of an ineffective assistance claim that he has raised against his former counsel, Jim Parkman.

    2. Turner has done substantial research and writing as to the issues he feels are important for his 28 U.S.C. §2255. He has provided counsel with some pro se pleadings that he wanted filed on his behalf and/or incorporated into a response that he might prepare.

    3. The undersigned has communicated with Turner and indicated that she was simply unwilling to file the pro se pleadings, but that if Turner felt so strongly about them, she would withdraw as counsel so he could file whatever pleadings he wished. Counsel simultaneous to the filing of this response, has notified Turner of this position and told him that should the Court grant this requested relief, he would be given an additional 30 days in which to file his pro se pleadings after counsel withdraws.

    4. Wherefore based on this difference of opinion between Turner and counsel, counsel is requesting, on his behalf, that the Court allow him an additional 30 days in which to dismiss counsel and to file pro se pleadings, if that is his desire. If, at the end of 30 days, he has not dismissed counsel, then the response filed in this cause to the Government's response should

stand.

Respectfully submitted,

        s/Susan G. James
        SUSAN G. JAMES
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 834-0353
        E-mail: sgjamesandassoc@aol.com
        Bar No: ASB7956J64S

## CERTIFICATE OF SERVICE

    I hereby certify that on March 11, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

        s/Susan G. James
        SUSAN G. JAMES
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 834-0353
        E-mail: sgjamesandassoc@aol.com
        Bar No: ASB7956J64S