IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

KEVIN W. TURNER,         )
                                   )
       Petitioner,         )
                                   )
     v.                   )       Civil Action No. 1:07cv863-MEF
                                   )
UNITED STATES OF AMERICA,   )
                                   )
       Respondent.      )

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by Petitioner on March 11, 2008 (Doc. No. 25), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.  It is further

ORDERED that Petitioner be GRANTED an extension from March 11, 2008, to and including April 10, 2008, to file a supplemental reply to the government's response to Petitioner's 28 U.S.C. § 2255 motion.

Done this 11th day of March, 2008.

                                          /s/Wallace Capel, Jr.
                                   WALLACE CAPEL, JR.
                                   UNITED STATES MAGISTRATE JUDGE