IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN W. TURNER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:07cv863-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER ON MOTION**

For good cause shown, petitioner Kevin W. Turner's request (Doc. No. 27; Mar. 11, 2008) to file his affidavit under seal is hereby GRANTED until further order of the court.

If the petitioner has not already done so, he shall furnish the government with a copy of the affidavit and exhibits attached to his motion within seven (7) days of the date of this order.

Done this 12th day of March, 2008.

/s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE