IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN W. TURNER, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 1:07-cv-0863-MEF |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #34) filed on June 10, 2009 is overruled;

(2)  The Recommendation of the United States Magistrate Judge (Doc. #32) entered on May 27, 2009 is adopted;

(3)  That the 28 U.S.C. § 2255 motion filed by Turner is DENIED, as the claims therein do not entitle him to any relief.

DONE this the 15th day of June, 2009.

                                            /s/ Mark E. Fuller
                                     CHIEF UNITED STATES DISTRICT JUDGE